UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-po-00015-KJN |
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) ) | |
| DEANDRE T. COLLINS, | ) ) | DATE: April 12, 2023 TIME: 10:00 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Honorable Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:23-po-00015-KJN without prejudice is GRANTED.

It is further ordered that the status conference scheduled on April 12, 2023, is vacated.

IT IS SO ORDERED.

Dated: April 11, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE